# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| RANDY DEWAYNE BARNETT, | : |
| Plaintiff, | : |
| v. | : Case No. 5:24-cv-17-MTT-AGH |
| Doctor CARL LIFT, | : |
| Defendant. | : |

## ORDER

The record shows that Defendant was personally served with process by the United States Marshals Service on July 2, 2024 (ECF No. 15). Because Defendant was personally served but has not answered or otherwise defended within the period contemplated by Federal Rule of Civil Procedure 12(a)(1)(A)(i), the Clerk of Court is **ORDERED** to enter default against Defendant. The Clerk is also **DIRECTED** to serve a copy of this Order upon Defendant by U.S. Mail delivered to the available address of service, as well as the Warden of Hancock State Prison, located in Sparta, Georgia.

Plaintiff is **ADVISED** that after Defendant's default is entered on the record, Plaintiff may file a motion for the entry of default judgment against Defendant pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

**SO ORDERED and DIRECTED**, this 5th day of September, 2024.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE